UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stalin Medina Baca, Leoncio Torres, and Angel Fernando Gonzalez, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>- vs. –<br><br>NB General Construction Corp. and Byron Abzun,<br><br>Defendants. | DOCKET NO. 20-CV-4701 (CS)(JCM)<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on June 18, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant NB General Construction Corp. by serving the New York Secretary of State in accordance with Business and Corporation Law § 306(b)(1) on July 9, 2020; and proof of service having been filed on July 20, 2020; and defendant NB General Construction Corp. not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

ORDERED, ADJUDGED AND DECREED: That plaintiff Medina Baca have judgment against defendant NB General Construction Corp. in the liquidated amount of $79,354.05, that plaintiff Torres have judgment against defendant NB General Construction Corp. in the liquidated amount of $107,083.21, that plaintiff Gonzalez have judgment against defendant NB General Construction Corp. in the liquidated amount of $85,477.88, plus attorneys' fees, costs and disbursements of this action in the amount of $4,852.20 [4817.20], amounting in all to $276,767.34 [276,732.34].

Dated: New York, NY
 November 12/10, 2020

       SO ORDERED:

*[signature: Cathy Seibel]*
_____
CATHY SEIBEL
United States District Judge

This document was entered on the docket on _____.

2